## AFFIDAVIT OF SERVICE

| Case: 1:21-cv-00730 | Court: United States District Court for the Eastern District of New York | County: , NY | Job: 5360833 |
|---|---|---|---|
| Plaintiff / Petitioner: HUGUES GERVAT, derivatively on behalf of TYSON FOODS, INC., | | Defendant / Respondent: NOEL WHITE, DEAN BANKS, STEWART GLENDINNING, JOHN H. TYSON, LES R. BALEDGE, GAURDIE E. BANISTER, MIKE BEEBE, DAVID J. BRONCZEK, MIKEL A. DURHAM, JONATHAN D. MARINER, KEVIN M. MCNAMARA, CHERYL S. MILLER, JEFFREY K. SCHOMBURGER, ROBERT THURBER, and BARBARA TYSON, Defendants, and TYSON FOODS, INC., Nominal Defendant. | |
| Received by: DLS Discovery | | For: The Brown Law Firm, P.C. | |
| To be served upon: Tyson Foods, Inc | | | |

I, Ian Platz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Patrick Duffy, The Corporation Trust Company: 1209 N Orange St, Wilmington, DE 19801
Manner of Service: Registered Agent, Feb 16, 2021, 10:37 am EST
Documents: Summons and Complaint (Received Feb 15, 2021 at 6:00pm EST)

Additional Comments:
1) Successful Attempt: Feb 16, 2021, 10:37 am EST at The Corporation Trust Company: 1209 N Orange St, Wilmington, DE 19801 received by Patrick Duffy.

_____  02/16/2021
Ian Platz                Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
02/16/2021
Date

Commission Expires
JEFFREY A. LOW
MY COMMISSION EXPIRES
August 28, 2021
NOTARY PUBLIC
STATE OF DELAWARE