**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TYSON FOODS, INC. DERIVATIVE LITIGATION | Lead Case No. 1:21-cv-00730 |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, on February 2, 2021, a putative class action alleging violations of the federal securities laws was commenced in this Court against Tyson Foods, Inc. ("Tyson" or the "Company") and certain of its officers and directors alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), captioned *Guo v. Tyson Foods, Inc., et al.*, 21-cv-00552-AMD-JRC (the "Federal Securities Action").

WHEREAS, on February 10, 2021, Plaintiff Hugues Gervat filed a shareholder derivative action in this Court alleging claims for violations of Sections 10(b) and 21D of the Exchange Act, breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets against defendants Noel White, Dean Banks, Stewart Glendinning, John H. Tyson, Les R. Baledge, Gaurdie E. Banister, Mike Beebe, David J. Bronczek, Mikel A. Durham, Jonathan D. Mariner, Kevin M. McNamara, Cheryl S. Miller, Jeffrey K. Schomburger, Robert Thurber, and Barbara Tyson (collectively with the Company, the "Defendants"), captioned *Gervat v. White, et al.*, 1:21-cv-00730-AMD-JRC (the "*Gervat* Action");

WHEREAS, on February 26, 2021, Plaintiff Michelle Wolkomir (together with Mr. Gervat, the "Plaintiffs") filed a shareholder derivative action in this Court alleging substantially similar facts and alleging claims for violations of Sections 10(b) and 21D of the Exchange Act, breach of fiduciary

-1-

duty, and waste of corporate assets against the Defendants, captioned *Wolkomir v. Tyson, et al.*, 1:21-cv-01043-AMD-JRC (the "*Wolkomir* Action"), which Plaintiff Wolkomir designated as related to the *Gervat* Action;

WHEREAS on March 8, 2021, the Court so-ordered the parties' Joint Stipulation and [Proposed] Order Consolidating and Temporarily Staying Related Shareholder Derivative Actions and Establishing a Leadership Structure, which consolidated the *Gervat* Action and the *Wolkomir* Action for all purposes, including trial (together, the "Consolidated Action") and appointed Gervat's and Wolkomir's counsel as Co-Lead Counsel for Plaintiffs;

WHEREAS, on May 21, 2021, the Parties entered into a stipulation providing that the Consolidated Action be stayed pending resolution of Defendants' motion to dismiss the Federal Securities Action, which the Court so-ordered on June 7, 2021;

WHEREAS, since approving the May 21 stipulation, the Court periodically sought updates as to whether the stay of the Consolidated Action should remain in effect and the Parties responded accordingly; and

WHEREAS, on July 11, 2023, the Federal Securities Action was voluntarily discontinued, without Defendants moving to dismiss, filing an answer or moving for summary judgment.

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. Pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Hughes Gervat and Michelle Wolkomir hereby voluntarily dismiss their claims in the above-captioned Consolidated Action without prejudice and with the Parties to bear their own costs and expenses.

2. No compensation in any form has passed directly or indirectly from any of the Defendants to either Plaintiff or to Co-Lead Counsel for Plaintiffs, and no promise to give any such compensation has been made.

                                        Respectfully submitted,

November 5, 2023                          **THE BROWN LAW FIRM, P.C.**

                                        */s/ Timothy Brown*
                                        Timothy Brown
                                        767 Third Avenue, Suite 2501
                                        New York, NY 10017
                                        Telephone: (516) 922-5427
                                        Facsimile: (516) 344-6204
                                        Email: tbrown@thebrownlawfirm.net

                                        *Co-Lead Counsel for Plaintiffs*

November 5, 2023                          **GAINEY McKENNA & EGLESTON**

                                        */s/ Thomas J. McKenna*
                                        Thomas J. McKenna
                                        Gregory M. Egleston 501
                                        Fifth Avenue, 19th Floor
                                        New York, NY 10017
                                        Telephone: (212) 983-1300
                                        Facsimile: (212) 983-0383
                                        Email: tjmckenna@gme-law.com
                                        Email: gegleston@gme-law.com

                                        *Co-Lead Counsel for Plaintiffs*

November 5, 2023            **FRESHFIELDS BRUCKHAUS DERINGER US LLP**

*/s/ Mary Eaton*
Mary Eaton
Meredith Kotler
Nicholas A. Caselli
601 Lexington Avenue
New York, New York 10022
Tel.: (212) 277-4000
mary.eaton@freshfields.com
meredith.kotler@freshfields.com
nicholas.caselli@freshfields.com

*Counsel for Defendants*

**SO ORDERED:**

**Dated:** _____, 2023

                                                **HONORABLE JAMES R. CHO**
                                                **UNITED STATES MAGISTRATE JUDGE**